UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
--------------------------------------------------------------------

CORSAIR GAMING, INC. d/b/a CORSAIR

                Petitioner

Case 3:24-cv-04612

**AFFIRMATION OF SERVICE**
Letter, etc.

v.

DEAL BUSTER, INC. d/b/a Classy Outfit

                Respondent

--------------------------------------------------------------------------------

On this day personally appeared Jeffrey Cohen who, being by me duly sworn, deposed and said:

"On **August 23rd, 2024 at 3:30 P.M.** at **5117-20 Avenue, Brooklyn, NY 11204,** I served **DEAL BUSTER, INC. d/b/a Classy Outfit** the attached **Letter, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Summons and Complaint and Demand for Jury Trial and Civil Cover Sheet** by leaving copies with , office Mr. Handler, authorized to accept documents on behalf of DEAL BUSTER, INC. d/b/a Classy Outfit.. Thereafter, copies of the documents were mailed by prepaid first class mail on **August 23rd, 2024** in a plain envelope marked, "Personal and Confidential".

Manner of Service
- Substituted at Business: by leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

**Description of Individual Served**

**Sex:** Male **Skin Color:** White   **Hair Color:** Black
**Approximate Age:** 22-35   **Approximate Height:** 5'7 -5'10 **Approximate Weight:** 170-185lbs
**Beard:** No   **Glasses:** No   **Military:** No

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of New York. I am familiar with the New York Rules of Civil Procedure as they apply to the service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

_____
JEFFREY COHEN #2117449

Subscribed and sworn to me on August 29th, 2024,

_____
Notary public, State of New York

CARLA MARIA BILLINI
Notary Public, State of New York
Reg. No. 01BI6333329
Qualified in Kings County
Commission Expires November 23, 2027