UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA                                    Case 3:24-cv-04612

-------------------------------------------------------------------

CORSAIR GAMING, INC. d/b/a CORSAIR

                       Plaintiff                                    **AFFIDAVIT OF SERVICE**

        V.

DEAL BUSTER, INC. d/b/a Classy Outfit

                       Defendant(s)

-------------------------------------------------------------------

On this day personally appeared Jeffrey Cohen who, being by me duly sworn, deposed and said:

" On **December 10th, 2024** at **3:14PM** at **5117-20th Avenue, Brooklyn, NY 11204**, I served **Deal Buster, Inc. d/b/a Classy Outfit** the attached **ORDER REGARDING MOTION FOR DEFAULT JUDGMENT and Original Notice** by leaving copies with Sophia R., authorized to accept documents on behalf of **Deal Buster, Inc. d/b/a Classy Outfit.**. Thereafter, copies of the documents were mailed by prepaid first class mail on **December 10th, 2024** in a plain envelope marked, "Personal and Confidential".

Manner of Service
- Substituted at Business: by leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.

**Description of Individual Served**

**Sex:** Female  **Skin Color:** Brown  **Hair Color:** Brown
**Approximate Age:** 35-45  **Approximate Height:** 5'4-5'6  **Approximate Weight:** 140-150lbs
**Beard:** No  **Glasses:** No  **Military:** No

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of New York. I am familiar with the New York Rules of Civil Procedure as they apply to the service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

                                                   _____
                                                   JEFFREY COHEN  #2117449

Subscribed and sworn to me on December 11th, 2024

_Carla Maria Billini_
Notary public, State of New York

                                  CARLA MARIA BILLINI
                               Notary Public, State of New York
                                Reg. No. 01BI6333329
                                Qualified in Kings County
                               Commission Expires November 23, 2027