Jason N. Haycock (SBN 278983)
Jason.Haycock@klgates.com
K. Taylor Yamahata (SBN 347192)
Taylor.Yamahata@klgates.com
K&L Gates LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: +1 415 882 8200
Facsimile: +1 415.882.8220

Attorneys for Plaintiff
CORSAIR GAMING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORSAIR GAMING, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEAL BUSTER, INC.,<br><br>　　　　Defendant. | Case No.  3:24-cv-04612-TLT<br><br>[Assigned to the Hon. Trina L. Thompson and Hon. Kandis A. Westmore]<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF CORSAIR GAMING, INC.'S MOTION TO CONTINUE HEARING FOR MOTION FOR DEFAULT JUDGMENT<br><br>Date:　　February 6, 2025<br>Time:　　1:30 pm<br>Crtrm:　　9, 19th Floor |

1    The Court, having considered Plaintiff Corsair Gaming, Inc.'s ("Plaintiff") Motion to Continue the Hearing on Plaintiff's Motion for Default Judgment, hereby GRANTS the same and continues the hearing date on the Plaintiff's motion for default judgment from January 16, 2025 at 1:30 P.M. to February 6, 2025 at 1:30 P.M., in Oakland, Courtroom 4, 3rd floor.

IT IS SO ORDERED.

Dated: January 10, 2025

_____
Hon. Kandis A. Westmore
United States Magistrate Judge